JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

NICOLE ALLIE SNOW,                    ) Case No: 5:25-cv-02675-AGR
     Plaintiff,                         )
                              ) [PROPOSED]
       vs.                              ) **JUDGMENT**
                              )
FRANK BISIGNANO,                      )
Commissioner of Social Security,      )
                              )
     Defendant.                         )
_____ )

     The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  04/29/2026            _____
                                 HON. ALICIA G. ROSENBERG
                                 UNITED STATES MAGISTRATE JUDGE